IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM FRED MARTIN,

    Petitioner,                    No. CIV S-08-2979 WBS EFB P

    vs.

MICHAEL MARTELL,

    Respondent.                FINDINGS AND RECOMMENDATIONS

/

    On December 12, 2008, the court ordered petitioner to either file an *in forma pauperis* affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed. The Clerk of the Court also mailed to petitioner a form application for leave to proceed *in forma pauperis*.

    The 30-day period has expired and petitioner has not filed an *in forma pauperis* affidavit or otherwise responded to the December 12, 2008 order.

    It therefore is RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4  Dated: February 18, 2009.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE